IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO. 05-39712 HRT |
| NATHAN E. LUJAN | CHAPTER 7 |
| Debtor(s). | |

**CERTIFICATE OF NON-CONTESTED MATTER
AND REQUEST FOR ENTRY OF ORDER**

On December 19, 2007, WILSHIRE CREDIT CORPORATION AS SERVICER FOR THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, FKA JPMORGAN CHASE BANK, AS ORIGINAL TRUSTEE FOR THE HOME EQUITY TRUST SERIES 2004-4, Movant, by and through its attorney, Heather L. Deere, has heretofore filed a motion or application pursuant to Local Bankruptcy Rule 401 entitled Motion for Relief from Stay. Movant hereby represents and shows the Court:

1. Service of the motion/application, document number 13, was timely made on all interested parties pursuant to L.B.R. 913 as is shown on the certificate of service previously filed with the motion/application; said certificate of service being attached to the motion/application.

2. Service of the notice was timely made on all creditors pursuant to L.B.R. 401(a)(3) as is shown on the certificate of service previously filed with the notice.

3. A hearing on said motion/application was scheduled for January 15, 2008.

4. No objections to or requests for hearing on the motion/application were received by the undersigned.

WHEREFORE, Movant prays that the Court forthwith enter an order, a form of which was submitted with the motion/application, granting the requested relief.

Dated: 1/11/2008

LAW OFFICE OF MICHAEL P. MEDVED, P.C.

By __/s/ Heather L. Deere_____
Heather L. Deere, #28597
355 Union Blvd, Suite 302
Lakewood, CO 80228
(303) 274-0155

COURT USE ONLY: The undersigned Deputy Clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no objections to or requests for hearing on this motion have been entered.

Dated: _____    _____
                          Deputy Clerk