UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| NATHAN E. LUJAN, ) | Case No. 05-39712 HRT |
| SS#: XXX-XX-0151 ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

## ORDER DENYING RELIEF FROM STAY AS MOOT

THIS MATTER comes before the Court on the Motion For Relief From Stay (the "Motion", docket #13), filed December 19, 2007, by Wilshire Credit Corporation as Servicer for the Bank of New York, as successor trustee to JPMorgan Chase Bank, National Association, FKA JPMorgan Chase Bank, as original Trustee for the Home Equity Trust Series 2004-4, through counsel, Heather Deere.  Having reviewed the Motion and the case file, the Court finds that pursuant to 11 U.S.C. § 362(c)(2)(C), the automatic stay expired upon the granting of the Debtor's discharge on February 9, 2006.  Accordingly, it is

**ORDERED** that the relief prayed for in the Motion requesting entry of an order granting relief from the automatic stay is DENIED as MOOT.

Dated this  15th  day of January, 2008.

BY THE COURT:

_Howard Tallman_
Howard R. Tallman, Chief Judge
United States Bankruptcy Court